# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00554-CV

**Austin Tele-Services LLC d/b/a Austin Tele-Services LP a/k/a ATS, Appellant**

**v.**

**Futurenet GMBH, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-15-003365, HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss the appeal, explaining that it has settled its dispute with appellee. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed   September 16, 2015